E-FILED
Monday, 07 February, 2011 01:53:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DEBRA RAINES, *As Executor of the Estate of Margoriette L. Rice,* | ) ) ) | |
| Plaintiff, | ) ) | Case No. 09-cv-4028 |
| v. | ) ) | |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) | |

## O R D E R  &  O P I N I O N

This case has been reported settled by the parties. Pursuant to Local Rule 16.1(C), the parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this Order, a stipulation of dismissal or other appropriate settlement papers. The Jury Trial scheduled for 2/14/2011 is hereby VACATED. IT IS SO ORDERED.

Entered this 7th day of February, 2011.

                                                    s/ Joe B. McDade
                                                    JOE BILLY McDADE
                                        United States Senior District Judge